IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CANAN SCHUMANN, individually and
on behalf of all similarly situated,

        Plaintiffs,

v.

AMAZON.COM INC., a foreign corporation,
and, AMAZON.COM SERVICES, LLC,
a foreign corporation,
        Defendant.

No. 3:20-cv-1751-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on July 19, 2021, in which she recommends that the Court grant Defendant's motion to dismiss or stay. F&R, ECF 26. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation No. 26. Accordingly, Defendants' motion to dismiss or stay [13] is granted. The case is stayed pending resolution of any dispositive motions in *Swearingen v. Amazon.com Services*, LLC, 3:19-cv-1156-JR without prejudice to seek consolidation.

IT IS SO ORDERED.

DATED: __November 1, 2021__.

                                          MARCO A. HERNÁNDEZ
                                        United States District Judge

2 – ORDER